James S. McGlennon, Respondent, *v.* Chase Brothers Company, Appellant.

*McGlennon* v. *Chase Brothers Co.*, 115 App. Div. 921, affirmed.
(Submitted January 24, 1908; decided February 18, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon an alleged account stated for services rendered.

*Horace McGuire* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner, Willard Bartlett and Chase, JJ.

---

Daniel R. Chichester, Respondent, *v.* Winton Motor Carriage Company, Appellant.

*Chichester* v. *Winton Motor Carriage Co.*, 115 App. Div. 904, affirmed.
(Argued January 27, 1908; decided February 18, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for conversion.

*Edwin R. Root, Charles Thaddeus Terry* and *Edward Ward McMahon* for appellant.

*Henry H. Sawyer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Willard Bartlett, Hiscock and Chase, JJ.